UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| Billy Marquis, *et al.* § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:19-cv-00626-RWS |
| § | |
| Amy Sadeghian and § | |
| Khosrow Sadeghian, § | |
| § | |
| Defendants. § | |

## MOTION TO STRIKE DEFENDANTS' EXPERT

COME NOW Billy Marquis, Alexis Marquis, and Anthony Marquis, Plaintiffs herein, and file their motion to strike their expert, stating as follows:

In document 155, Defendants have designated Helen Reynolds as their rebuttal expert, but they have provided no expert report. Federal Rule 26(a)(2)(B) is quite clear:

> *Witnesses Who Must Provide a Written Report.* Unless otherwise stipulated or ordered by the court, this disclosure must be accompanied by a written report—prepared and signed by the witness—if the witness is one retained or specially employed to provide expert testimony in the case or one whose duties as the party's employee regularly involve giving expert testimony.

Ms. Reynolds has been retained to provide expert testimony in this case. All designated experts must provide reports satisfying the criteria of Rule 26(a)(2)(B). Without this report, Ms. Reynolds must be struck.

Respectfully submitted

    /s/ Eugene Zemp DuBose
Eugene Zemp DuBose
State Bar No. 06151975
3816 Acapulco Court
Irving TX 75062
*Mail*: Post Office Box 141476
Irving Texas 75014-1476
(214) 675-9022
Email: Gene@DuBoseLitigation.com

ATTORNEY FOR PLAINTIFFS

Certificate of Service

The undersigned attorney hereby certifies that he served the attached document on counsel for Defendants on \_\_\_\_\_, by filing through the court's ECF system.

    /s/ Eugene Zemp DuBose
Eugene Zemp DuBose