IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **BILLY MARQUIS,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:19-cv-626-KPJ |
| **KHOSROW SADEGHIAN and AMY JO SADEGHIAN,** | § § § § | |
| Defendants. | § § | |

## VERDICT FORM

We, the Jury, find as follows:

### QUESTION NO. 1

Has Plaintiff Billy Marquis proved that he was an employee of Defendant Khosrow and Amy Sadeghian during the relevant period? Answer "Yes" or "No."

Answer "Yes" or "No."

ANSWER: __Yes__

If your answer is "Yes," answer the next question. If your answer is "No," do not answer Questions 2 through 5.


### QUESTION NO. 2

Has Plaintiff Billy Marquis proved that he was employed by an enterprise engaged in commerce or in the production of commercial goods?

Answer "Yes" or "No."

ANSWER: __Yes__

If your answer is "Yes," answer the next question. If your answer is "No," do not answer Questions 3 through 5.

1

**QUESTION NO. 3**

Has Plaintiff Billy Marquis proved that he is entitled to recover damages under the Fair Labor Standards Act ("FLSA")?

Answer "Yes" or "No."

ANSWER: _Yes_

If your answer is "Yes," answer Questions 4 and 5. If your answer is "No," do not answer Questions 4 and 5.

**QUESTION NO. 4**

Has Plaintiff Billy Marquis proved that Defendants Khosrow and Amy Sadeghian either knew their conduct was prohibited by the FLSA or showed reckless disregard for whether their conduct was prohibited by the FLSA?

Answer "Yes" or "No."

ANSWER: _Yes_

If your answer is "Yes," you should award damages for the three-year period from August 27, 2016 to August 28, 2019. If your answer is "No," you should award damages for the two-year period from August 27, 2017 to August 28, 2019.

**QUESTION NO. 5**

What sum of money would fairly and reasonably compensate Plaintiff Billy Marquis for the damages, if any, you have found Defendants Khosrow and Amy Sadeghian caused Plaintiff Billy Marquis?

Answer in dollars and cents:

_$9,894_

**QUESTION NO. 6**

Has Plaintiff Anthony Marquis proved that he was an employee of Defendants Khosrow and Amy Sadeghian during the relevant period?

Answer "Yes" or "No."

ANSWER: __Yes__

If your answer is "Yes," answer the next question. If your answer is "No," do not answer Questions 7 through 10.

**QUESTION NO. 7**

Has Plaintiff Anthony Marquis proved that he was employed by an enterprise engaged in commerce or in the production of commercial goods?

Answer "Yes" or "No."

ANSWER: __Yes__

If your answer is "Yes," answer the next question. If your answer is "No," do not answer Questions 8 through 10.

**QUESTION NO. 8**

Has Plaintiff Anthony Marquis proved that he is entitled to recover damages under the FLSA?

Answer "Yes" or "No."

ANSWER: __No__

If your answer is "Yes," answer Questions 9 and 10. If your answer is "No," do not answer Questions 9 and 10.

**QUESTION NO. 9**

Has Plaintiff Anthony Marquis proved that Defendants Khosrow and Amy Sadeghian either knew their conduct was prohibited by the FLSA or showed reckless disregard for whether their conduct was prohibited by the FLSA?

Answer "Yes" or "No."

ANSWER: ____0____

If your answer is "Yes," you should award damages for the three-year period from August 27, 2016 to August 28, 2019. If your answer is "No," you should award damages for the two-year period from August 27, 2017 to August 28, 2019.

**QUESTION NO. 10**

What sum of money would fairly and reasonably compensate Plaintiff Anthony Marquis for the damages, if any, you have found Defendants Khosrow and Amy Sadeghian caused Plaintiff Anthony Marquis?

Answer in dollars and cents:

____0____

**QUESTION NO. 11**

Has Plaintiff Alexis Marquis proved that she was an employee of Defendants Khosrow and Amy Sadeghian during the relevant period?

Answer "Yes" or "No."

ANSWER: ____Yes____

If your answer is "Yes," answer the next question. If your answer is "No," do not answer Questions 12 through 15.

**QUESTION NO. 12**

Has Plaintiff Alexis Marquis proved that she was employed by an enterprise engaged in commerce or in the production of commercial goods?

Answer "Yes" or "No."

ANSWER: __Yes__

If your answer is "Yes," answer the next question. If your answer is "No," do not answer Questions 13 through 15.

**QUESTION NO. 13**

Has Plaintiff Alexis Marquis proved that she is entitled to recover damages under the FLSA?

Answer "Yes" or "No."

ANSWER: __No__

If your answer is "Yes," answer Questions 14 and 15. If your answer is "No," do not answer Questions 14 and 15.

**QUESTION NO. 14**

Has Plaintiff Alexis Marquis proved that Defendants Khosrow and Amy Sadeghian either knew their conduct was prohibited by the FLSA or showed reckless disregard for whether their conduct was prohibited by the FLSA?

Answer "Yes" or "No."

ANSWER: __∅__

If your answer is "Yes," you should award damages for the three-year period from August 27, 2016 to August 28, 2019. If your answer is "No," you should award damages for the two-year period from August 27, 2017 to August 28, 2019.

**QUESTION NO. 15**

What sum of money would fairly and reasonably compensate Plaintiff Alexis Marquis for the damages, if any, you have found Defendants Khosrow and Amy Sadeghian caused Plaintiff Alexis Marquis?

Answer in dollars and cents:

__∅__

**QUESTION NO. 16**

When Billy Marquis was working on the Defendants' property at 1317 Norman Street on the night of February 26, 2018, was he acting as an employee or an independent contractor?

Answer "Employee" or "Independent Contractor"

ANSWER: __Employee__

If your answer is "Employee," answer Question 17. If your answer is "Independent Contractor," do not answer Questions 17 through 20.

**QUESTION NO. 17**

Did the negligence, if any, of Defendant Amy Sadeghian proximately cause the injury in question?

Answer "Yes" or "No"

ANSWER: __Yes__

If your answer is "Yes," answer Questions 18 and 19. If your answer is "No," do not answer Questions 18, 19, and 20.

**QUESTION NO. 18**

What sum of money, if paid now in cash, would fairly and reasonably compensate Billy Marquis for his injuries, if any, that resulted from the occurrence in question?

Answer in dollars and cents:

1. Physical pain and mental anguish sustained in the past.

    ANSWER: $45,240

2. Physical pain and mental anguish that, in reasonable probability, Plaintiff Billy Marquis will sustain in the future.

    ANSWER: $45,240

3. Loss of earning capacity sustained in the past.

    ANSWER: $0

4. Loss of earning capacity that, in reasonable probability, Plaintiff Billy Marquis will sustain in the future.

    ANSWER: $0

6

5. Disfigurement sustained in the past.

   ANSWER: __0__

6. Disfigurement that, in reasonable probability, Plaintiff Billy Marquis will sustain in the future.

   ANSWER: __0__

7. Physical impairment sustained in the past.

   ANSWER: __0__

8. Physical impairment that, in reasonable probability, Plaintiff Billy Marquis will sustain in the future.

   ANSWER: __0__

9. Medical care expenses in the past.

   ANSWER: __$30,077.22__

10. Medical care expenses that, in reasonable probability, Plaintiff Billy Marquis will incur in the future.

    ANSWER: __$30,077.22__

**QUESTION NO. 19**

Do you find by clear and convincing evidence that the harm to Plaintiff Billy Marquis resulted from gross negligence?

Answer "Yes" or "No."

ANSWER: __No__

If your answer is "Yes," answer Question 20. If your answer is "No," do not answer Question 20.

**QUESTION NO. 20**

What sum of money, if paid now in cash, do you find in exemplary damages, if any?

Answer in dollars and cents:

ANSWER: __0__

**Sign and date this form.**

Date: ___April 24, 2023___

Foreperson

[signature]